UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA MASTALSKI, *et al.*,

      Plaintiffs,

                                                Case No. 12-cv-14407
                                                Honorable Gershwin A. Drain

v.

BANK OF AMERICA, N.A., *et al.*,

      Defendants.

_____/

<u>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS [#5]</u>

      Plaintiffs, Donna Mastalski and Philip Mastalski, filed this suit against defendants, Federal National Mortgage Association and Bank of America, N.A. (defendants), to challenge the foreclosure of a mortgage that encumbered property located at 4812 Ormond Road, Springfield Township, Michigan. Presently before the Court is Defendants' Motion to Dismiss, filed on November 30, 2012. Plaintiffs failed to file a response to Defendants' pending motion, and the time for filing a response has expired. *See* E.D. Mich. L.R. 7.1(e)(1)(B).

      Upon review of Defendants' Motion to Dismiss and brief in support, as well as Plaintiffs' Complaint, the Court finds that Plaintiffs have failed to state a claim and dismissal of this action is appropriate under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

      Accordingly, Defendants' Motion to Dismiss [#5] is GRANTED.

      SO ORDERED.

Dated: February 19, 2013                /s/Gershwin A Drain
                                        GERSHWIN A. DRAIN
                                        United States District Judge


CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
February 19, 2013, by electronic and/or ordinary mail.

/s/ Tanya Bankston
Deputy Clerk