UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Donna Mastalski, et al.,

                    Plaintiff(s),                    Case No.  12-14407

v.                                                   Honorable  Gershwin A. Drain

Bank of America, N.A., et al,

                    Defendant(s).
_____/

## ORDER RE: DISQUALIFICATION OF JUDGE

        Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

        **IT IS ORDERED** that in accordance with E.D. Mich. LR 83.11(d), this case be reassigned by blind draw

to another judge of this court.

Date:  October 12, 2021                    s/Gershwin A. Drain
                                           Gershwin A. Drain
                                           U.S. District Judge

_____

        Pursuant to this order, this case is reassigned to Judge  Judith E. Levy                    .
Case assignment credit will be given to the appropriate Judicial Officers.


## Certificate of Service

        I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel
of record herein by electronic means or first class U.S. mail.

Date:  October 12, 2021                    s/N. Ahmed
                                                   Deputy Clerk